UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OSAMA ABDELHAMID,<br>*Plaintiff*,<br>v.<br>LANE CONSTRUCTION CORPORATION,<br>*Defendant*. | Civil Action No. 23-2472 (LLA) |

**NOTICE OF ACKNOWLEDGMENT OF APPOINTMENT OF COUNSEL FOR THE LIMITED PURPOSE OF MEDIATION**

I have received and reviewed the court's Order of Appointment of Counsel for the Limited Purpose of Mediation, including the Guidelines for Court-Appointed Mediation Counsel attached to that Order. I understand that counsel is being appointed for the limited purpose of assisting me with the mediation process, and that I must continue to represent myself in this case with respect to matters other than mediation.

Respectfully submitted,

[signature]
Signature of pro se party

Osama Abdelhamid
Name of pro se party (printed)

3809 Mode St
Address

FairFax VA 22031
City State Zip

571-999-3454
Telephone

5/27/2025
Date

RECEIVED
MAY 30 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia