IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

OSAMA ABDELHAMID,

Plaintiff,

vs.

LANE CONSTRUCTION CORPORATION,

Defendant.
_______________________________/

Civil Action No. 1:23-cv-2472

Washington, DC
April 30, 2025

11:03 a.m.

TRANSCRIPT OF VIDEO STATUS CONFERENCE
BEFORE THE HONORABLE LOREN L. ALIKHAN
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiff: *(Pro Se)*
**OSAMA ABDELHAMID**
3809 Mode Street
Fairfax, VA 22031

For the Defendant:
**CHRISTOPHER MAHONEY**
Shapiro, Lifschitz & Schram PC
1742 N Street, NW, 5th Floor
Washington, DC 20036

Court Reporter:
**JEFF HOOK**
Official Court Reporter
U.S. District & Bankruptcy Courts
333 Constitution Avenue, NW
Room 4700-C
Washington, DC 20001

**P R O C E E D I N G S**

**DEPUTY CLERK:** Your Honor, we're now on the record for Osama Abdelhamid vs. Lane Construction Corporation; civil action 23-cv-2472. Counsel, would you please note your appearance for the record and then followed by that plaintiff can note his appearance.

**MR. MAHONEY:** Good morning, Your Honor. Christopher Mahoney on behalf of the Lane Construction Corporation.

**THE COURT:** Good morning.

**MR. ABDELHAMID:** Good morning, Your Honor.

**THE COURT:** Could you state your name for the record.

**MR. ABDELHAMID:** Osama Abdelhamid representing myself.

**THE COURT:** Thank you very much. So in October, this Court held an initial scheduling conference where we set forth a discovery schedule. I understand now the parties have some disagreements about how to proceed with discovery. I want to first express my disappointment with the parties. I'd like to think that parties, even pro se parties, can abide by discovery schedules and work out disputes amongst themselves, and unfortunately that is not where we are today.

So let me begin, my understanding is that Lane

Construction -- or Mr. Abdelhamid feels that Lane Construction has not been fully complying with his document requests whereas Lane Construction maintains that Mr. Abdelhamid was required to provide responses to written discovery by February 7th and that Mr. Abdelhamid propounded untimely discovery requests on February 21st.

So I'll hear first from you, Mr. Mahoney.

**MR. MAHONEY:** Okay, thank you, Your Honor. As the Court indicated, the initial scheduling order identified January 8th as the time to submit Rule 26(a) discovery requests. With that in mind, we did just that, we propounded written document production requests to interrogatories on the 8th expecting responses by the 7th of February. That didn't happen. I reached out to the plaintiff in a letter and several e-mails in February asking for responses, notwithstanding that they were late. We didn't get any responses, notwithstanding the plaintiff's indication that he was going to respond.

Instead, he served this document entitled Discovery Compliance and Deposition Readiness on the 21st of February, well past the January 8th, 2024 deadline for propounded written discovery requests. And we've attached that to the most recent submission so the Court has a better sense of, A, the untimeliness, and B, the overbreadth of some of the requests. So our position has been, as

articulated in my February 27th letter, that the time by which the plaintiff had to propound written discovery has long since passed, and the deadline for responding to our discovery has long since passed and there still is no response. We did reach out to try to resolve this amicably, but basically the plaintiff has been non-responsive and here we are.

**THE COURT:** And have you received any discovery?

**MR. MAHONEY:** No, no. In fact, the discovery deadline was March 10th. And so even though we hadn't received any written discovery, we proceeded with the plaintiff's deposition, you know, understanding that we had to do so by March 10th. And in the deposition, I reserved the right to continue it if and when we ever get written discovery responses from the plaintiff. We still have not and here it is, you know, April 30th, my anniversary.

**THE COURT:** Well, happy anniversary.

**MR. MAHONEY:** Thank you.

**THE COURT:** Have you tendered any discovery to Mr. Abdelhamid?

**MR. MAHONEY:** Yes, yes, we tendered interrogatories and document production requests.

**THE COURT:** Oh no, I meant in response to any of his discovery requests or is February 21st the only request he's sent to you?

**MR. MAHONEY:** Yeah, he sent us this document on February 21, which was out of time and we told him that. And as I say, I've attached it as an exhibit for the Court to see that not only is it untimely -- I mean, if you look at it --

**THE COURT:** I'm just going to pull it up, give me a minute.

**MR. MAHONEY:** -- he's seeking information that we don't think is relevant and is overbroad. He's seeking all sorts of project documentation, all contracts, change orders, claims, subcontractors, purchase orders, meeting records, complete personnel files for umpteen numbers of individuals. It's just not relevant and overbroad as well as untimely, so it's hard to figure out where to start responding to this.

I was candid with the plaintiff in telling him that -- and his position was he's not required to respond to the defendant's discovery requests, which were timely, until the defendant responded to his untimely request. Obviously that's not appropriate, and I communicated that to him. I expected some sort of response and none was forthcoming. We proceeded with the deposition nonetheless. I also asked the Court for, and the Court granted, a stay of the summary judgment briefing deadline given where we are on the discovery, morass. And so we're at a point now where if

we're going to proceed, we need some written discovery responses from the plaintiff so that our motion for summary judgment can be prepared.

**THE COURT:** All right, thank you very much. Did you have anything else?

**MR. MAHONEY:** We're just not there yet, and that's sort of the nub of the dispute.

**THE COURT:** Thank you very much. So Mr. Abdelhamid, do you have anything to add to that?

**MR. ABDELHAMID:** Yes, Your Honor. Talking about this case specifically, it was clear from day one that the defendant has all the documents that is needed for this to move forward. I have reiterated this many times throughout my correspondence with the defendant. I know that I have been late in responding and serving the documents, but first of all, I had some personal circumstances. I had two surgeries in November and December. I had my first child born this January. And before all of that, I was trying to stay ahead of time.

Right after sending my Rule 26(a)(1) disclosure, which was served on time, I did reach out to the defendant to try to meet and see how things will go forward. I have not received any response from the defendant until one month later when I sent a follow up e-mail. And even after that, when the defendant requested to keep all the depositions in

February because he has other commitments or other trials in January, I had no problem, and that was ahead of any of the circumstances that happened to me.

Given all that, when I did respond -- responded, first of all, I had no problem to attend the deposition without the production of documents. And I had no problem for the defendant to keep the right to ask for another deposition after the production of documents. I just tried to be reasonable in moving forward by requesting rolling production of documents from the defendant so I can start answering his requests because, again, I told him many times that all the documents are in the possession of the defendant.

**THE COURT:** Well, first of all, congratulations on the birth of your child, that's very exciting.

**MR. ABDELHAMID:** Thank you.

**THE COURT:** So I understand that you think that they have all of the documents, but this is your lawsuit and they're entitled to ask you for documents, even if you think that they're already in their possession. And you are required, and you were required, to have responded to their requests by February 8th. Having not done so, that sort of puts us in a bit of a pickle because now we're past the close of discovery. As Mr. Mahoney points out, and it seems you don't disagree, the discovery that you served on him was

untimely because it needed to be done by January 8th, and you didn't serve it until February 21st.

Now, you say that you have reasons, medical issues, family issues, but the Court set the schedule for you to abide by. And so having missed those deadlines, do you think that you should be allowed to ask for that discovery late, especially when you haven't complied with their timely requests for discovery?

**MR. ABDELHAMID:** Well, like, of course I know that I'm at fault here, but the important thing is even this delay does not put the defendant in any kind of harm. That's the first thing. The second thing --

**THE COURT:** It's not about harm, Mr. Abdelhamid. I mean, we set this schedule in order for the Court to move this case along, right. We were supposed to be gearing up for summary judgment right now, and really nothing has happened frankly since we last met in October. And that's not the way the Court conducts business, that's not how we do things in court.

**MR. ABDELHAMID:** I know, and I do apologize for that. This is why I -- my first response was focused more on how to move forward with minimum loss rather than just fighting over why I was late or trying to justify myself.

**THE COURT:** So when do you think you will be in a position to respond to the discovery requests that the

defendant has served on you?

**MR. ABDELHAMID:** Once I start getting like even the first batch of documents just to get some sense, I think --

**THE COURT:** But at this point you're not entitled to any documents because you didn't request any documents in a timely fashion. They did, and you're required under the rules to respond to them.

**MR. ABDELHAMID:** Okay. But I don't have any documents to, like, produce and that's the problem.

**THE COURT:** I mean, I think they certainly think that you have some documents, you know, communications that you received, communications that you reference in your complaint and I assume that you made copies of leading up to your filing suit. Are you saying you don't have any documents at all?

**MR. ABDELHAMID:** Not -- nothing more than what has been already submitted throughout the case.

**THE COURT:** Well, you still need to produce that in response to their requests because you need to say here is everything that I have. And if you don't have anything beyond that, you say, well, this is what I've given you and that's all I have in my possession.

**MR. ABDELHAMID:** Okay, I can do that.

**MR. MAHONEY:** Your Honor, if I might, I did,

during the course of the plaintiff's deposition, inquire into the documentary support for some of his damages. He indicated that he had paystubs or related information that goes to his claim for compensatory damages. So at a minimum he has that, and we haven't seen that. And he did submit a very voluminous complaint to the Court along with his EEOC file. I don't know what in addition he has beyond that, but we've propounded requests in compliance with the scheduling order and expect a response.

The other thing is, the whole notion that the plaintiff can't respond to defendant's discovery requests until the defendant responds to his request, obviously that doesn't wash. I mean, presumably he had a basis for his complaint when he filed suit, and obviously we're entitled to know the factual basis for his complaint.

**THE COURT:** Absolutely. I think Mr. Abdelhamid agrees with that now. I think he understands that his obligation to respond to your discovery requests is wholly independent from any discovery requests he might have.

Do you understand that, Mr. Abdelhamid?

**MR. ABDELHAMID:** Yes, I do.

**MR. MAHONEY:** Well, but that certainly was not his position prior to today.

**THE COURT:** Sure, I take that, but I really don't have time for the parties to squabble over the past. What I

care about is the present. It sounds like Mr. Abdelhamid is inclined to respond fulsomely to your requests.

Is that correct, Mr. Abdelhamid?

**MR. ABDELHAMID:** Yes.

**THE COURT:** All right, thank you. So then the question comes to what to do with the current discovery schedule, which is closed. I assume that you might want to redepose Mr. Abdelhamid once you receive his responses, so we will need to extend discovery. And then comes the question of what we do with Mr. Abdelhamid's untimely discovery request. If we reopen discovery, he could propound a request. I know you think, Mr. Mahoney, that the request is too broad, but do you think there is some measure of discovery you'd be willing to tender to Mr. Abdelhamid?

**MR. MAHONEY:** Well, if the Court instructs us to do so, of course we would. Our position is the requests that were propounded were untimely, but I understand the Court wants to move this along. But I will say, to preempt having to come back to the Court, that the discovery requests have to be edited and constricted to make them less overbroad because I just don't want to be back before the Court dickering about the overbreadth of the requests.

**THE COURT:** No, I agree. That said, I do understand that Mr. Abdelhamid is pro se. And so looking through the document that he had sent you, why don't we try

to today come to some narrowed view of what you think and the parties can agree would be appropriate.

So Mr. Abdelhamid, I agree with your friend on the other side that the requests that you have made are quite broad. So you're entitled to certain discovery that's relevant to your case, but not to the sun and the moon and the stars. Frankly, since your request was untimely, I could just say you're entitled to nothing at all because I set a schedule and you didn't abide by that. Because you are pro se, I am inclined to let you have some measure of discovery, but it is going to have to be narrowly tailored to the specifics of your case.

Do you understand that?

**MR. ABDELHAMID:** I do, but if I may add something. Part of the breadth of the discovery is -- well, first of all, it is not broad per se, at least from my understanding, because it is focused on the project that I was working on with Lane. Second thing, for me, it's easier to go through the documents that I'm already familiar with and extract the information. If this is too difficult for the defendant that he would prefer to be more specific, I have no problem with that.

**THE COURT:** So do you have the document in front of you of what you've requested, Mr. Abdelhamid?

**MR. ABDELHAMID:** Yes, I do.

**THE COURT:** All right. So why don't we quickly go through and see what we can agree to.

So Mr. Mahoney, how do you feel about the requests for the contracts, purchase orders and meeting records?

**MR. MAHONEY:** Your Honor, again, that to me is facially overbroad. It just doesn't relate to his termination. Basically, it's every contract document in a multiyear project. How that ties into the issues at hand is -- mystifies me. The same with the subcontracts, all versions of subcontracts, schedules, invoices, settlements, contract amendments. I mean, it's that veritable fishing expedition we all loathe. The purchase orders, meeting records, there's just no effort to constrain it to anything that's relevant. And the personnel files of all these individuals, that's a nonstarter.

**THE COURT:** Well, let's take each in turn. Let's start with the project documentation.

Mr. Abdelhamid, what is it specifically that you want from Lane Construction?

**MR. ABDELHAMID:** If I may respond. Even during our deposition, most of the time we were talking specifically about what was happening in these contracts and how my work was being done. And this is directly relevant to the case because one major problem in the defendant's position is that my performance was subpar. And then

this -- like from all the correspondence with the defendant and the court documents, there was no mention to anything regarding what was happening with the actual project team on-site, my direct manager and my direct colleagues.

And this is a key factor here, because as far as I know and according to my performance in these projects -- in these contracts, they were excellent. I was never given the chance to get my annual review from my guide manager before my termination, but we were maintaining an excellent professional relationship because of my performance.

**THE COURT:** And so what relevance is all of these contracts?

**MR. ABDELHAMID:** The relevance --

**THE COURT:** What can we narrow this down to?

**MR. ABDELHAMID:** -- is two things. The relevance is the change orders that I was working on in these contracts, the correspondence that I produced for the ones that I was working on versus the ones that were produced before I was there and after.

**THE COURT:** Do you have any proposal in which to narrow this as to the contracts?

**MR. ABDELHAMID:** I can specify a few contracts, if this would help, the ones that -- basically the ones that have -- that had some additional issues that I was working on when I was there.

**THE COURT:** Well, I'm going to ask you to work with defense counsel to give very specific requests, and then we'll see if he is willing to turn those over. I think the same goes for corporate policies and organizational structure. I have no doubt that Lane Construction can give you an organizational chart, but I don't know if they're going to be inclined to give you more than that. And then as to personnel files, I would assume Lane would agree that you could have your own, but I don't think that you would be entitled to any personnel files of any of your other coworkers because those are private.

Do you have any objection, Mr. Mahoney, to giving employees that were also disciplined in connection with any B.T. project timeline?

**MR. MAHONEY:** I assume you're referencing item four?

**THE COURT:** Yes.

**MR. MAHONEY:** That's something I think we'd be amenable to working with plaintiff on.

**THE COURT:** All right, great. And then EEOC materials, do you have any objection to that?

**MR. MAHONEY:** Well, I believe that's already been produced, but yeah, no problem. The reference to all internal communications regarding plaintiff's termination, there may be some privileged information there, but we'll

try to work around -- get him non-privileged material.

**THE COURT:** And I assume that no problem with third-party contact information?

**MR. MAHONEY:** Well, to the extent we have it.

**THE COURT:** Sure, of course.

**MR. MAHONEY:** Yeah, right.

**THE COURT:** So then it seems like the parties really just need to work through, number one, where Mr. Abdelhamid needs to get you specific contracts, we need to narrow this down to something that's workable. I think, two, you can give over an org chart. And then three, no personnel files for other individuals, but Mr. Abdelhamid can have his personnel file. And then four, five and six seems like we're in agreement, as long as we're not talking about privileged information?

**MR. MAHONEY:** Right.

**THE COURT:** All right. Mr. Abdelhamid, do you agree with that narrowed scope?

**MR. ABDELHAMID:** Okay.

**THE COURT:** I mean, you're not entitled to any of this at this point because your request was untimely, but it sounds like you've had a lot going on. It sounds like -- you know, I just want to move this case forward. So if the parties can agree to that more limited discovery, I am inclined to extend the discovery deadline. And I

appreciate, Mr. Mahoney, your willingness to comply with Mr. Abdelhamid's untimely request.

**MR. MAHONEY:** Yes.

**THE COURT:** So why don't we look at our calendars and propose some new dates. Mr. Mahoney, do you think, based on what we've said today, you have what you need to respond to Mr. Abdelhamid's discovery request or would you want to work it out with him to propound a newer discovery request that's more narrow?

**MR. MAHONEY:** Well, I think, in the interest of moving this along, I would be amenable to just proceeding based on what's been discussed today without getting formal revised requests.

**THE COURT:** All right, I agree. So it's the 30th now, so why don't we reopen discovery for a period of 45 days. So that way --

**MR. MAHONEY:** That seems -- yeah, that seems reasonable to me.

**THE COURT:** All right, I think so. That way you can respond to his requests by May 30th, and Mr. Abdelhamid, you'll respond to their requests by May 30th as well.

**MR. ABDELHAMID:** Okay.

**THE COURT:** And that way, if the parties need to redepose anybody or do anything else, they'll have sort of two weeks beyond that date. So I'll extend discovery until

June 13th.

So just so we're all clear, responses to discovery requests on both sides will be due on May 30th. Mr. Abdelhamid, I expect you to comply with that deadline. Again, this is your case. If you fail to comply with those deadlines, the result is your case gets dismissed because you're not abiding by the rules of the Court. And then any depositions or things that need to happen can happen between May 30th and June 13th.

**MR. ABDELHAMID:** Okay.

**THE COURT:** And then upon the close of discovery, should we reset the summary judgment briefing schedule?

**MR. MAHONEY:** Yes.

**THE COURT:** So I think last time we had about a month after the close of discovery for the initial motion for summary judgment. So that takes us to July 14th for the motion.

**MR. MAHONEY:** It was actually closer to 35 days, but who's counting.

**THE COURT:** Well, would you like 35 days? We could say July 18th.

**MR. MAHONEY:** That sounds reasonable, July 18th.

**THE COURT:** July 18th, okay. So July 18th, motion for summary judgment. Mr. Abdelhamid, we're giving you a month to respond to the motion for summary judgment, so that

takes us to August 13th. Does that date work for you?

**MR. ABDELHAMID:** Yes.

**THE COURT:** And then I think we were giving you three weeks, Mr. Mahoney, so that takes us to September 3rd. Does that work for you?

**MR. MAHONEY:** Very good.

**THE COURT:** So just to recap -- and we'll put this in a minute order today, we're going to reopen discovery for -- through May 30th -- sorry, forgive me. We are going to reopen discovery through June 13th, but the parties' responses to the discovery requests that are outstanding are due on May 30th. And then motions for summary judgment will be due July 18th, oppositions will be due on April -- sorry, August 13th, and replies on September 3rd. This is why we put it in writing, because I get all of my months confused. We've narrowed the scope of discovery for Mr. Abdelhamid as discussed today.

So Mr. Abdelhamid, Mr. Mahoney's going to get you the more limited set of information that we discussed today. And I expect if you have disagreements about what you need or what is within the scope, that you two will be able to work that out without my assistance. And then after you've each exchanged your responses, you'll have two weeks to conduct any further depositions or anything else you need at that time. But I'm going to stick with these deadlines, so

both of you should be aware that if you fail to respond, I will not be very happy and I am not inclined to extend discovery beyond June 13th.

Do the parties have any interest in mediating this case at this time or having a referral to the circuit mediation office so that maybe once you finish discovery you can discuss potentially mediating or settling the case?

**MR. MAHONEY:** We're certainly not averse to exploring that.

**THE COURT:** Mr. Abdelhamid?

**MR. ABDELHAMID:** I have no problem.

**THE COURT:** All right. I believe, since you're pro se, the circuit mediation office may consider whether they can temporarily appoint counsel for you for purposes of mediation. I confess, it's been a while since I've had a pro se individual in mediation. So I think it makes sense for me to go ahead and put that referral in so that way the mediation office can get started. They find a volunteer mediator, they will work with you on schedule and they'll do whatever they need to do with you, Mr. Abdelhamid, given that you're pro se.

So I think if you're amenable to that, I will go ahead and put that request in and that way you can get something on the calendar with the mediation office.

**MR. ABDELHAMID:** Okay.

**THE COURT:** Is there anything else, Mr. Mahoney, you'd like to discuss today?

**MR. MAHONEY:** No, I think not, Your Honor.

**THE COURT:** Anything else from you, Mr. Abdelhamid?

**MR. ABDELHAMID:** No, Your Honor. Thank you.

**THE COURT:** All right. Well, thank you very much. I expect the parties to be amenable to meeting and conferring and working these issues out in the future because I do not like to get involved in these disputes. And also we're in happy times, you have a new baby, it's your anniversary, so we have every reason to be agreeable with each other.

**MR. MAHONEY:** Well, not every reason, but some reasons. We're all living in interesting times.

**THE COURT:** Don't snatch defeat from the jaws of victory, Mr. Mahoney.

**MR. MAHONEY:** As only Your Honor can relate, we're all living in interesting times.

**THE COURT:** Indeed. So I will hopefully not hear from the parties further on discovery matters, I will put in a referral for mediation, and I will memorialize this schedule that we discussed in a minute order later today. Thank you very much.

**MR. MAHONEY:** Thank you very much, appreciate it.

**MR. ABDELHAMID:** Thank you.

(Proceedings adjourned at 11:33 a.m.)

**C E R T I F I C A T E**

I, **Jeff M. Hook, Official Court Reporter,** certify that the foregoing is a true and correct transcript of the record of proceedings in the above-entitled matter.

July 1, 2025 — DATE

[signature] — **Jeff M. Hook**

DEPUTY CLERK: [1] 2/2
MR. ABDELHAMID: [26]
MR. MAHONEY: [30]
THE COURT: [52]

**1**

1 [1] 6/20
10th [2] 4/10 4/13
11:03 [1] 1/6
11:33 [1] 22/2
11:33 a.m [1] 22/2
13th [6] 18/1 18/9 19/1 19/10 19/14 20/3
14th [1] 18/16
1742 [1] 1/17
18th [5] 18/21 18/22 18/23 18/23 19/13
1:23 [1] 1/4
1:23-cv-2472 [1] 1/4

**2**

20001 [1] 1/25
20036 [1] 1/18
2024 [1] 3/21
2025 [1] 1/5
21 [1] 5/2
21st [4] 3/6 3/20 4/24 8/2
22031 [1] 1/14
23 [1] 2/4
23-cv-2472 [1] 2/4
2472 [2] 1/4 2/4
26 [2] 3/10 6/20
27th [1] 4/1

**3**

30 [1] 1/5
30th [8] 4/16 17/14 17/20 17/21 18/3 18/9 19/9 19/12
333 [1] 1/24
35 [2] 18/18 18/20
3809 [1] 1/14
3rd [2] 19/4 19/14

**4**

45 [1] 17/15
4700 [1] 1/24
4700-C [1] 1/24

**5**

5th [1] 1/17

**7**

7th [2] 3/5 3/13

**8**

8th [5] 3/10 3/13 3/21 7/22 8/1

**A**

a.m [2] 1/6 22/2
ABDELHAMID [31]
Abdelhamid's [3] 11/10 17/2 17/7
abide [3] 2/22 8/5 12/9
abiding [1] 18/7
able [1] 19/21
above [1] 23/5
above-entitled [1] 23/5
Absolutely [1] 10/16
according [1] 14/6
action [2] 1/3 2/4
actual [1] 14/3
actually [1] 18/18
add [2] 6/9 12/14
addition [1] 10/7
additional [1] 14/24
adjourned [1] 22/2
again [3] 7/11 13/5 18/5
agree [8] 11/23 12/2 12/3 13/2 15/8 16/18 16/24 17/14
agreeable [1] 21/12
agreement [1] 16/14
agrees [1] 10/17
ahead [4] 6/19 7/2 20/17 20/23
ALIKHAN [1] 1/10
allowed [1] 8/6
along [4] 8/15 10/6 11/18 17/11
amenable [4] 15/19 17/11 20/22 21/8
amendments [1] 13/11
amicably [1] 4/5
amongst [1] 2/23
anniversary [3] 4/16 4/17 21/12
annual [1] 14/8
apologize [1] 8/20
appearance [2] 2/5 2/6
APPEARANCES [1] 1/12
appoint [1] 20/14
appreciate [2] 17/1 21/25
appropriate [2] 5/20 12/2
April [3] 1/5 4/16 19/13
April 30th [1] 4/16
around [1] 16/1
articulated [1] 4/1
assistance [1] 19/22
assume [5] 9/14 11/7 15/8 15/15 16/2
attached [2] 3/22 5/3
attend [1] 7/5
August [2] 19/1 19/14
August 13th [2] 19/1 19/14
Avenue [1] 1/24
averse [1] 20/8
aware [1] 20/1

**B**

B [1] 3/24
B.T [1] 15/14
baby [1] 21/11
back [2] 11/19 11/21
Bankruptcy [1] 1/23
based [2] 17/6 17/12
basically [3] 4/6 13/7 14/23
basis [2] 10/13 10/15
batch [1] 9/3
begin [1] 2/25
behalf [1] 2/8
better [1] 3/23
beyond [4] 9/22 10/7 17/25 20/3
birth [1] 7/15
bit [1] 7/23
born [1] 6/18
both [2] 18/3 20/1
breadth [1] 12/15
briefing [2] 5/24 18/12
broad [3] 11/13 12/5 12/16
business [1] 8/18

**C**

C [4] 1/24 2/1 23/1 23/1
calendar [1] 20/24
calendars [1] 17/4
can [20] 2/6 2/22 6/3 7/10 9/24 12/2 13/2 14/14 14/22 15/5 16/11 16/13 16/24 17/20 18/8 20/7 20/14 20/18 20/23 21/18
candid [1] 5/16
care [1] 11/1
case [11] 6/11 8/15 9/18 12/6 12/12 13/24 16/23 18/5 18/6 20/5 20/7
certain [1] 12/5
certainly [3] 9/11 10/22 20/8
certify [1] 23/4
chance [1] 14/8
change [2] 5/10 14/16
chart [2] 15/6 16/11
child [2] 6/17 7/15
CHRISTOPHER [2] 1/16 2/8
circuit [2] 20/5 20/13
circumstances [2] 6/16 7/3
civil [2] 1/3 2/4
claim [1] 10/4
claims [1] 5/11
clear [2] 6/11 18/2
close [3] 7/24 18/11 18/15

## C


**closed [1]** 11/7
**closer [1]** 18/18
**colleagues [1]** 14/4
**COLUMBIA [1]** 1/1
**commitments [1]** 7/1
**communicated [1]** 5/20
**communications [3]** 9/12 9/13 15/24
**compensatory [1]** 10/4
**complaint [4]** 9/14 10/6 10/14 10/15
**complete [1]** 5/12
**compliance [2]** 3/20 10/8
**complied [1]** 8/7
**comply [3]** 17/1 18/4 18/5
**complying [1]** 3/2
**conduct [1]** 19/24
**conducts [1]** 8/18
**conference [2]** 1/10 2/17
**conferring [1]** 21/9
**confess [1]** 20/15
**confused [1]** 19/15
**congratulations [1]** 7/14
**connection [1]** 15/13
**consider [1]** 20/13
**Constitution [1]** 1/24
**constrain [1]** 13/13
**constricted [1]** 11/20
**CONSTRUCTION [8]** 1/6 2/3 2/8 3/1 3/2 3/3 13/19 15/5
**contact [1]** 16/3
**continue [1]** 4/14
**contract [2]** 13/7 13/11
**contracts [9]** 5/10 13/4 13/22 14/7 14/12 14/17 14/21 14/22 16/9
**copies [1]** 9/14
**corporate [1]** 15/4
**CORPORATION [3]** 1/6 2/3 2/9
**correspondence [3]** 6/14 14/1 14/17
**counsel [3]** 2/4 15/2 20/14
**counting [1]** 18/19
**course [4]** 8/9 10/1 11/16 16/5
**court [21]** 1/1 1/22 1/23 2/17 3/9 3/23 5/3 5/23 5/23 8/4 8/14 8/18 8/19 10/6 11/15 11/18 11/19 11/22 14/2 18/7 23/3
**Courts [1]** 1/23
**coworkers [1]** 15/11
**current [1]** 11/6
**cv [2]** 1/4 2/4


## D


**D [1]** 2/1
**damages [2]** 10/2 10/4
**date [3]** 17/25 19/1 23/10
**dates [1]** 17/5
**day [1]** 6/11
**days [3]** 17/16 18/18 18/20
**DC [3]** 1/5 1/18 1/25
**deadline [6]** 3/21 4/3 4/10 5/24 16/25 18/4
**deadlines [3]** 8/5 18/6 19/25
**December [1]** 6/17
**defeat [1]** 21/16
**defendant [16]** 1/7 1/16 5/19 6/12 6/14 6/21 6/23 6/25 7/7 7/10 7/13 8/11 9/1 10/12 12/20 14/1
**defendant's [3]** 5/18 10/11 13/24
**defense [1]** 15/2
**delay [1]** 8/11
**deposition [8]** 3/20 4/12 4/13 5/22 7/5 7/8 10/1 13/21
**depositions [3]** 6/25 18/8 19/24
**dickering [1]** 11/22
**difficult [1]** 12/20
**direct [2]** 14/4 14/4
**directly [1]** 13/23
**disagree [1]** 7/25
**disagreements [2]** 2/19 19/20
**disappointment [1]** 2/20
**disciplined [1]** 15/13
**disclosure [1]** 6/20
**discovery [52]** 
**discuss [2]** 20/7 21/2
**discussed [4]** 17/12 19/17 19/19 21/23
**dismissed [1]** 18/6
**dispute [1]** 6/7
**disputes [2]** 2/23 21/10
**DISTRICT [4]** 1/1 1/1 1/11 1/23
**document [8]** 3/2 3/12 3/19 4/22 5/1 11/25 12/23 13/7
**documentary [1]** 10/2
**documentation [2]** 5/10 13/17
**documents [16]** 6/12 6/15 7/6 7/8 7/10 7/12 7/18 7/19 9/3 9/6 9/6 9/10 9/12 9/16 12/19 14/2
**done [3]** 7/22 8/1 13/23
**doubt [1]** 15/5
**down [2]** 14/14 16/10
**due [4]** 18/3 19/12 19/13 19/13
**during [2]** 10/1 13/20


## E


**e [6]** 2/1 2/1 3/15 6/24 23/1 23/1
**e-mail [1]** 6/24
**e-mails [1]** 3/15
**easier [1]** 12/18
**edited [1]** 11/20
**EEOC [2]** 10/6 15/20
**effort [1]** 13/13
**else [5]** 6/5 17/24 19/24 21/1 21/4
**employees [1]** 15/13
**entitled [9]** 3/19 7/19 9/5 10/14 12/5 12/8 15/10 16/20 23/5
**especially [1]** 8/7
**even [7]** 2/21 4/10 6/24 7/19 8/10 9/2 13/20
**excellent [2]** 14/7 14/9
**exchanged [1]** 19/23
**exciting [1]** 7/15
**exhibit [1]** 5/3
**expect [4]** 10/9 18/4 19/20 21/8
**expected [1]** 5/21
**expecting [1]** 3/13
**expedition [1]** 13/12
**exploring [1]** 20/9
**express [1]** 2/20
**extend [4]** 11/9 16/25 17/25 20/2
**extent [1]** 16/4
**extract [1]** 12/19


## F


**F [1]** 23/1
**facially [1]** 13/6
**fact [1]** 4/9
**factor [1]** 14/5
**factual [1]** 10/15
**fail [2]** 18/5 20/1
**Fairfax [1]** 1/14
**familiar [1]** 12/19
**family [1]** 8/4
**far [1]** 14/5

**F**

**fashion [1]** 9/7
**fault [1]** 8/10
**February [11]** 3/5 3/6 3/14 3/15 3/21 4/1 4/24 5/2 7/1 7/22 8/2
**February 21 [1]** 5/2
**February 21st [3]** 3/6 4/24 8/2
**February 27th [1]** 4/1
**February 7th [1]** 3/5
**February 8th [1]** 7/22
**feel [1]** 13/3
**feels [1]** 3/1
**few [1]** 14/22
**fighting [1]** 8/23
**figure [1]** 5/14
**file [2]** 10/7 16/13
**filed [1]** 10/14
**files [5]** 5/12 13/14 15/8 15/10 16/12
**filing [1]** 9/15
**find [1]** 20/18
**finish [1]** 20/6
**first [10]** 2/20 3/7 6/15 6/17 7/5 7/14 8/12 8/21 9/3 12/15
**fishing [1]** 13/11
**five [1]** 16/13
**Floor [1]** 1/17
**focused [2]** 8/21 12/17
**follow [1]** 6/24
**followed [1]** 2/5
**foregoing [1]** 23/4
**forgive [1]** 19/9
**formal [1]** 17/12
**forth [1]** 2/18
**forthcoming [1]** 5/21
**forward [5]** 6/13 6/22 7/9 8/22 16/23
**four [2]** 15/16 16/13
**frankly [2]** 8/17 12/7
**friend [1]** 12/3
**front [1]** 12/23
**fully [1]** 3/2
**fulsomely [1]** 11/2
**further [2]** 19/24 21/21
**future [1]** 21/9

**G**

**G [1]** 2/1
**gearing [1]** 8/15
**gets [1]** 18/6
**given [5]** 5/24 7/4 9/22 14/7 20/20
**giving [3]** 15/12 18/24 19/3
**goes [2]** 10/4 15/4
**good [4]** 2/7 2/10 2/11 19/6
**granted [1]** 5/23
**great [1]** 15/20
**guide [1]** 14/8

**H**

**hand [1]** 13/8
**happen [3]** 3/14 18/8 18/8
**happened [2]** 7/3 8/17
**happening [2]** 13/22 14/3
**happy [3]** 4/17 20/2 21/11
**hard [1]** 5/14
**harm [2]** 8/11 8/13
**hear [2]** 3/7 21/20
**held [1]** 2/17
**help [1]** 14/23
**Honor [10]** 2/2 2/7 2/11 3/8 6/10 9/25 13/5 21/3 21/6 21/18
**HONORABLE [1]** 1/10
**HOOK [3]** 1/22 23/3 23/10
**hopefully [1]** 21/20

**I**

**identified [1]** 3/9
**important [1]** 8/10
**inclined [5]** 11/2 12/10 15/7 16/25 20/2
**Indeed [1]** 21/20
**independent [1]** 10/19
**indicated [2]** 3/9 10/3
**indication [1]** 3/18
**individual [1]** 20/16
**individuals [3]** 5/13 13/15 16/12
**information [7]** 5/8 10/3 12/20 15/25 16/3 16/15 19/19
**initial [3]** 2/17 3/9 18/15
**inquire [1]** 10/1
**Instead [1]** 3/19
**instructs [1]** 11/15
**interest [2]** 17/10 20/4
**interesting [2]** 21/15 21/19
**internal [1]** 15/24
**interrogatories [2]** 3/13 4/22
**invoices [1]** 13/10
**involved [1]** 21/10
**issues [5]** 8/4 8/4 13/8 14/24 21/9
**item [1]** 15/15

**J**

**January [5]** 3/10 3/21 6/18 7/2 8/1
**January 8th [3]** 3/10 3/21 8/1
**jaws [1]** 21/16
**JEFF [3]** 1/22 23/3 23/10
**JUDGE [1]** 1/11
**judgment [8]** 5/24 6/3 8/16 18/12 18/16 18/24 18/25 19/12
**July [6]** 18/16 18/21 18/22 18/23 18/23 19/13
**July 18th [5]** 18/21 18/22 18/23 18/23 19/13
**June [4]** 18/1 18/9 19/10 20/3
**June 13th [4]** 18/1 18/9 19/10 20/3
**justify [1]** 8/23

**K**

**keep [2]** 6/25 7/7
**key [1]** 14/5
**kind [1]** 8/11

**L**

**L [1]** 1/10
**LANE [10]** 1/6 2/3 2/8 2/25 3/1 3/3 12/18 13/19 15/5 15/8
**last [2]** 8/17 18/14
**late [4]** 3/16 6/15 8/7 8/23
**later [2]** 6/24 21/23
**lawsuit [1]** 7/18
**leading [1]** 9/14
**least [1]** 12/16
**less [1]** 11/20
**letter [2]** 3/15 4/1
**Lifschitz [1]** 1/17
**limited [2]** 16/24 19/19
**living [2]** 21/15 21/19
**loathe [1]** 13/12
**long [3]** 4/3 4/4 16/14
**look [2]** 5/4 17/4
**looking [1]** 11/24
**LOREN [1]** 1/10
**loss [1]** 8/22
**lot [1]** 16/22

**M**

**M [2]** 23/3 23/10
**MAHONEY [12]** 1/16 2/8 3/7 7/24 11/12 13/3 15/12 17/1 17/5 19/4 21/1 21/17
**Mahoney's [1]** 19/18
**mail [1]** 6/24
**mails [1]** 3/15
**maintaining [1]** 14/9
**maintains [1]** 3/3
**major [1]** 13/24
**makes [1]** 20/16
**manager [2]** 14/4 14/8

**M**

**many [2]** 6/13 7/11
**March [2]** 4/10 4/13
**March 10th [2]** 4/10 4/13
**material [1]** 16/1
**materials [1]** 15/21
**matter [1]** 23/5
**matters [1]** 21/21
**may [10]** 12/14 13/20 15/25 17/20 17/21 18/3 18/9 19/9 19/12 20/13
**May 30th [5]** 17/20 17/21 18/3 18/9 19/9
**maybe [1]** 20/6
**mean [6]** 5/4 8/14 9/11 10/13 13/11 16/20
**meant [1]** 4/23
**measure [2]** 11/13 12/10
**mediating [2]** 20/4 20/7
**mediation [7]** 20/6 20/13 20/15 20/16 20/18 20/24 21/22
**mediator [1]** 20/19
**medical [1]** 8/3
**meet [1]** 6/22
**meeting [4]** 5/11 13/4 13/12 21/8
**memorialize [1]** 21/22
**mention [1]** 14/2
**met [1]** 8/17
**might [3]** 9/25 10/19 11/7
**mind [1]** 3/11
**minimum [2]** 8/22 10/4
**minute [3]** 5/7 19/8 21/23
**missed [1]** 8/5
**Mode [1]** 1/14
**month [3]** 6/23 18/15 18/25
**months [1]** 19/15
**moon [1]** 12/6
**morass [1]** 5/25
**more [7]** 8/21 9/17 12/21 15/7 16/24 17/9 19/19
**morning [3]** 2/7 2/10 2/11
**most [2]** 3/23 13/21
**motion [5]** 6/2 18/15 18/17 18/23 18/25
**motions [1]** 19/12
**move [5]** 6/13 8/14 8/22 11/18 16/23
**moving [2]** 7/9 17/11
**Mr. [41]**
**Mr. Abdelhamid [27]**
**Mr. Abdelhamid's [3]** 11/10 17/2 17/7
**Mr. Mahoney [10]** 3/7 7/24 11/12 13/3 15/12 17/1 17/5 19/4 21/1 21/17
**Mr. Mahoney's [1]** 19/18
**much [6]** 2/16 6/4 6/8 21/7 21/24 21/25
**multiyear [1]** 13/8
**myself [2]** 2/15 8/23
**mystifies [1]** 13/9

**N**

**N [2]** 1/17 2/1
**name [1]** 2/12
**narrow [4]** 14/14 14/21 16/10 17/9
**narrowed [3]** 12/1 16/18 19/16
**narrowly [1]** 12/11
**need [12]** 6/1 9/19 9/20 11/9 16/8 16/9 17/6 17/23 18/8 19/20 19/24 20/20
**needed [2]** 6/12 8/1
**needs [1]** 16/9
**new [2]** 17/5 21/11
**newer [1]** 17/8
**non [2]** 4/6 16/1
**non-privileged [1]** 16/1
**non-responsive [1]** 4/6
**none [1]** 5/21
**nonetheless [1]** 5/22
**nonstarter [1]** 13/15
**note [2]** 2/4 2/6
**notion [1]** 10/10
**notwithstanding [2]** 3/16 3/17
**November [1]** 6/17
**nub [1]** 6/7
**number [1]** 16/8
**numbers [1]** 5/12
**NW [2]** 1/17 1/24

**O**

**O [1]** 2/1
**objection [2]** 15/12 15/21
**obligation [1]** 10/18
**obviously [3]** 5/19 10/12 10/14
**October [2]** 2/16 8/17
**office [4]** 20/6 20/13 20/18 20/24
**Official [2]** 1/23 23/3
**once [3]** 9/2 11/8 20/6
**one [4]** 6/11 6/23 13/24 16/8
**ones [4]** 14/17 14/18 14/23 14/23
**only [3]** 4/24 5/4 21/18
**oppositions [1]** 19/13
**order [5]** 3/9 8/14 10/9 19/8 21/23
**orders [5]** 5/11 5/11 13/4 13/12 14/16
**org [1]** 16/11
**organizational [2]** 15/4 15/6
**OSAMA [4]** 1/3 1/13 2/3 2/14
**out [10]** 2/22 3/14 4/5 5/2 5/14 6/21 7/24 17/8 19/22 21/9
**outstanding [1]** 19/11
**over [4]** 8/23 10/25 15/3 16/11
**overbreadth [2]** 3/24 11/22
**overbroad [4]** 5/9 5/13 11/21 13/6
**own [1]** 15/9

**P**

**P [1]** 2/1
**Part [1]** 12/15
**parties [12]** 2/19 2/21 2/21 2/22 10/25 12/2 16/7 16/24 17/23 20/4 21/8 21/21
**parties' [1]** 19/10
**party [1]** 16/3
**passed [2]** 4/3 4/4
**past [3]** 3/21 7/23 10/25
**paystubs [1]** 10/3
**PC [1]** 1/17
**per [1]** 12/16
**performance [3]** 13/25 14/6 14/10
**period [1]** 17/15
**personal [1]** 6/16
**personnel [6]** 5/12 13/14 15/8 15/10 16/12 16/13
**pickle [1]** 7/23
**plaintiff [11]** 1/4 1/13 2/6 3/15 4/2 4/6 4/15 5/16 6/2 10/11 15/19
**plaintiff's [4]** 3/17 4/12 10/1 15/24
**please [1]** 2/4
**point [3]** 5/25 9/5 16/21
**points [1]** 7/24
**policies [1]** 15/4
**position [6]** 3/25 5/17 8/25 10/23 11/16 13/25
**possession [3]** 7/12 7/20 9/23
**potentially [1]** 20/7
**preempt [1]** 11/18
**prefer [1]** 12/21
**prepared [1]** 6/3
**present [1]** 11/1
**presumably [1]** 10/13

**P**

**prior [1]** 10/23
**private [1]** 15/11
**privileged [3]** 15/25 16/1 16/15
**pro [7]** 1/14 2/21 11/24 12/10 20/13 20/16 20/21
**problem [9]** 7/2 7/5 7/6 9/10 12/21 13/24 15/23 16/2 20/11
**proceed [2]** 2/19 6/1
**proceeded [2]** 4/11 5/22
**proceeding [1]** 17/11
**proceedings [2]** 22/2 23/5
**produce [2]** 9/10 9/19
**produced [3]** 14/17 14/18 15/23
**production [5]** 3/12 4/22 7/6 7/8 7/10
**professional [1]** 14/10
**project [6]** 5/10 12/17 13/8 13/17 14/3 15/14
**projects [1]** 14/6
**proposal [1]** 14/20
**propose [1]** 17/5
**propound [3]** 4/2 11/12 17/8
**propounded [5]** 3/5 3/12 3/22 10/8 11/17
**provide [1]** 3/4
**pull [1]** 5/6
**purchase [3]** 5/11 13/4 13/12
**purposes [1]** 20/14
**put [6]** 8/11 19/7 19/15 20/17 20/23 21/21
**puts [1]** 7/23

**Q**

**quickly [1]** 13/1
**quite [1]** 12/4

**R**

**R [2]** 2/1 23/1
**rather [1]** 8/22
**reach [2]** 4/5 6/21
**reached [1]** 3/14
**Readiness [1]** 3/20
**really [3]** 8/16 10/24 16/8
**reason [2]** 21/12 21/14
**reasonable [3]** 7/9 17/18 18/22
**reasons [2]** 8/3 21/15
**recap [1]** 19/7
**receive [1]** 11/8
**received [4]** 4/8 4/11 6/23 9/13
**recent [1]** 3/23
**record [4]** 2/2 2/5 2/13 23/5
**records [3]** 5/12 13/4 13/13
**redepose [2]** 11/8 17/24
**reference [2]** 9/13 15/23
**referencing [1]** 15/15
**referral [3]** 20/5 20/17 21/22
**regarding [2]** 14/3 15/24
**reiterated [1]** 6/13
**relate [2]** 13/6 21/18
**related [1]** 10/3
**relationship [1]** 14/10
**relevance [3]** 14/11 14/13 14/15
**relevant [5]** 5/9 5/13 12/6 13/14 13/23
**reopen [4]** 11/11 17/15 19/8 19/10
**replies [1]** 19/14
**Reporter [3]** 1/22 1/23 23/3
**representing [1]** 2/14
**request [13]** 4/24 5/19 9/6 10/12 11/11 11/12 11/13 12/7 16/21 17/2 17/7 17/9 20/23
**requested [2]** 6/25 12/24
**requesting [1]** 7/9
**requests [30]** 10/12
**required [5]** 3/4 5/17 7/21 7/21 9/7
**reserved [1]** 4/13
**reset [1]** 18/12
**resolve [1]** 4/5
**respond [14]** 3/18 5/17 7/4 8/25 9/8 10/11 10/18 11/2 13/20 17/7 17/20 17/21 18/25 20/1
**responded [3]** 5/19 7/4 7/21
**responding [3]** 4/3 5/15 6/15
**responds [1]**
**response [7]** 4/5 4/23 5/21 6/23 8/21 9/20 10/9
**responses [10]** 3/4 3/13 3/16 3/17 4/15 6/2 11/8 18/2 19/11 19/23
**responsive [1]** 4/6
**result [1]** 18/6
**review [1]** 14/8
**revised [1]** 17/13
**right [16]** 4/14 6/4 6/20 7/7 8/15 8/16 11/5 13/1 15/20 16/6 16/16 16/17 17/14 17/19 20/12 21/7
**rolling [1]** 7/9
**Room [1]** 1/24
**Rule [2]** 3/10 6/20
**rules [2]** 9/8 18/7

**S**

**S [1]** 2/1
**same [2]** 13/9 15/4
**saying [1]** 9/15
**schedule [8]** 2/18 8/4 8/14 11/7 12/9 18/12 20/19 21/23
**schedules [2]** 2/22 13/10
**scheduling [3]** 2/17 3/9 10/8
**Schram [1]** 1/17
**scope [3]** 16/18 19/16 19/21
**se [8]** 1/14 2/21 11/24 12/10 12/16 20/13 20/16 20/21
**second [2]** 8/12 12/18
**seeking [2]** 5/8 5/9
**seems [5]** 7/24 16/7 16/14 17/17 17/17
**sending [1]** 6/20
**sense [3]** 3/24 9/3 20/16
**sent [4]** 4/25 5/1 6/24 11/25
**September [2]** 19/4 19/14
**September 3rd [2]** 19/4 19/14
**serve [1]** 8/2
**served [4]** 3/19 6/21 7/25 9/1
**serving [1]** 6/15
**set [5]** 2/18 8/4 8/14 12/9 19/19
**settlements [1]** 13/10
**settling [1]** 20/7
**several [1]** 3/15
**Shapiro [1]** 1/17
**side [1]** 12/4
**sides [1]** 18/3
**site [1]** 14/4
**six [1]** 16/13
**snatch [1]** 21/16
**sorry [2]** 19/9 19/13
**sort [4]** 5/21 6/7 7/22 17/24
**sorts [1]** 5/10
**sounds [4]** 11/1 16/22 16/22 18/22
**specific [3]** 12/21 15/2 16/9
**specifically [3]** 6/11

**S**

**specifically... [2]** 13/18 13/22
**specifics [1]** 12/12
**specify [1]** 14/22
**squabble [1]** 10/25
**stars [1]** 12/7
**start [4]** 5/14 7/10 9/2 13/17
**started [1]** 20/18
**state [1]** 2/12
**STATES [2]** 1/1 1/11
**STATUS [1]** 1/10
**stay [2]** 5/23 6/19
**stick [1]** 19/25
**still [3]** 4/4 4/15 9/19
**Street [2]** 1/14 1/17
**structure [1]** 15/5
**subcontractors [1]** 5/11
**subcontracts [2]** 13/9 13/10
**submission [1]** 3/23
**submit [2]** 3/10 10/5
**submitted [1]** 9/18
**subpar [1]** 13/25
**suit [2]** 9/15 10/14
**summary [8]** 5/23 6/2 8/16 18/12 18/16 18/24 18/25 19/12
**sun [1]** 12/6
**support [1]** 10/2
**supposed [1]** 8/15
**Sure [2]** 10/24 16/5
**surgeries [1]** 6/17

**T**

**T [2]** 23/1 23/1
**tailored [1]** 12/11
**talking [3]** 6/10 13/21 16/14
**team [1]** 14/3
**telling [1]** 5/16
**temporarily [1]** 20/14
**tender [1]** 11/14
**tendered [2]** 4/19 4/21
**termination [3]** 13/7 14/9 15/24
**That seems [1]** 17/17
**third [1]** 16/3
**third-party [1]** 16/3
**though [1]** 4/10
**three [2]** 16/11 19/4
**throughout [2]** 6/13 9/18
**ties [1]** 13/8
**timeline [1]** 15/14
**timely [3]** 5/18 8/8 9/7
**times [5]** 6/13 7/11 21/11 21/15 21/19
**today [10]** 2/24 10/23 12/1 17/6 17/12 19/8 19/17 19/19 21/2 21/23
**told [2]** 5/2 7/11
**transcript [2]** 1/10 23/4
**trials [1]** 7/1
**tried [1]** 7/8
**true [1]** 23/4
**try [4]** 4/5 6/22 11/25 16/1
**trying [2]** 6/18 8/23
**turn [2]** 13/16 15/3
**two [6]** 6/16 14/15 16/11 17/25 19/21 19/23

**U**

**U.S [1]** 1/23
**umpteen [1]** 5/12
**under [1]** 9/7
**understands [1]** 10/17
**unfortunately [1]** 2/23
**UNITED [2]** 1/1 1/11
**untimeliness [1]** 3/24
**untimely [10]** 3/6 5/4 5/14 5/19 8/1 11/10 11/17 12/7 16/21 17/2
**up [4]** 5/6 6/24 8/15 9/14
**upon [1]** 18/11

**V**

**VA [1]** 1/14
**veritable [1]** 13/11
**versions [1]** 13/10
**versus [1]** 14/18
**victory [1]** 21/17
**VIDEO [1]** 1/10
**view [1]** 12/1
**voluminous [1]** 10/6
**volunteer [1]** 20/18
**vs [2]** 1/5 2/3

**W**

**wants [1]** 11/18
**wash [1]** 10/13
**Washington [3]** 1/5 1/18 1/25
**way [6]** 8/18 17/16 17/19 17/23 20/17 20/23
**weeks [3]** 17/25 19/4 19/23
**what's [1]** 17/12
**whereas [1]** 3/3
**who's [1]** 18/19
**whole [1]** 10/10
**wholly [1]** 10/18
**willing [2]** 11/14 15/3
**willingness [1]** 17/1
**within [1]** 19/21
**without [3]** 7/6 17/12 19/22
**work [10]** 2/22 13/23 15/1 16/1 16/8 17/8 19/1 19/5 19/22 20/19
**workable [1]** 16/10
**working [6]** 12/17 14/16 14/18 14/24 15/19 21/9
**writing [1]** 19/15
**written [7]** 3/4 3/12 3/22 4/2 4/11 4/14 6/1