# EXHIBIT 1

# BARCLAY DAMON LLP

Lane Construction Corporation
90 Fieldstone Court
Cheshire, CT 06410

Bill Date: September 11, 2025
Bill Number: 5355561

**BILL TOTAL $** [redacted]

**353069** **Lane Construction Corporation**
**3208813** **Abdelhamid Discrimination Claim**

Professional Services Rendered Through August 31, 2025

| | |
|---|---|
| TOTAL FEES THIS BILL | [redacted] |
| TOTAL COSTS THIS BILL | [redacted] |
| CURRENT BILL TOTAL | $ [redacted] |
| PREVIOUS OUTSTANDING BALANCE FOR THIS MATTER | [redacted] |
| **TOTAL AMOUNT DUE** | $ [redacted] |

## Due Upon Receipt

| | | | |
|---|---|---|---|
| **Payment via ACH or Wire** | **Bank Name:** | Key Bank National Association | *To ensure proper credit, please notify us by email at payments@barclaydamon.com identifying which bill(s) is/are being paid. This particular bill is **5355561**.* |
| | **Bank Address:** | 201 South Warren St<br>Syracuse, NY 13202 | |
| | **Bank Phone:** | (800) 821-2829 | |
| | **ABA:** | 021300077 | |
| | **Account:** | 329681022391 | |
| | **Swift Code:** | KEYBUS33 | |
| **Payment via Check:** | Barclay Damon LLP<br>P.O. Box 1265<br>Albany, NY 12201-1265<br>Federal ID No. 15-0339022 | | *To ensure proper credit, please identify which bill(s) is/are being paid. This particular bill is **5355561**.* |

**Please contact us at accountsreceivable@barclaydamon.com or 315-413-7222 with any questions about this bill.**

Bill Date: September 11, 2025
Bill Number: 5355561
File No.: 353069-3208813

**OUTSTANDING BILL DETAIL AS OF: 09/11/2025**

| Bill | Date | Original Amount | Payments/Credits | Amount Due |
|---|---|---|---|---|
| 5343180 | 06/12/2025 | [redacted] | 0.00 | [redacted] |
| 5345853 | 07/03/2025 | | 0.00 | |
| 5351074 | 08/12/2025 | | 0.00 | |
| | **TOTALS** | [redacted] | **0.00** | [redacted] |
| | **TOTAL PRIOR DUE BALANCE** | | | [redacted] |
| | **TOTAL CURRENT BILL** | | | [redacted] |
| | **TOTAL AMOUNT DUE** | | | **$** [redacted] |

Bill Date: September 11, 2025
Bill Number: 5355561
File No.: 353069-3208813

## PROFESSIONAL SERVICES RENDERED:

| DATE | TIMEKEEPER | NARRATIVE | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/01/2025 | K. Halliburton | Communicted with D. Bondanaz regarding supplemental production; reviewed files received from D. Bondanza for supplemental production. | [redacted] | [redacted] |
| 08/01/2025 | C. Mahoney | Review court order on discovery; review related correspondence; telephone call with KJH re same. | [redacted] | [redacted] |
| 08/04/2025 | K. Halliburton | Emails with D. Bondanza; downloaded and reviewed contract files for production. | [redacted] | [redacted] |
| 08/04/2025 | C. Mahoney | Review correspondence re supplemental document production; telephone call with KJH re same. | [redacted] | [redacted] |
| 08/05/2025 | K. Halliburton | Review and download contract files for production; prepare files for document production; communicate with C. Mahoney regarding document production; transmit documents and correspondence to O. Abdelhamid. | [redacted] | [redacted] |
| 08/05/2025 | K. Halliburton | Review and download contract files for production; prepare files for document production; communicate with C. Mahoney regarding document production; transmit documents and correspondence to O. Abdelhamid. (NO CHARGE) | 1.00 | 0.00 |
| 08/05/2025 | C. Mahoney | Review court orders on motion to extend discovery; review correspondence re supplemental document production; telephone call with KJH re same; review supplemental document production; draft letter to plaintiff re same. | [redacted] | [redacted] |
| 08/06/2025 | C. Mahoney | Review supplemental document production; email to client re same; review related correspondence. | [redacted] | [redacted] |
| 08/08/2025 | C. Mahoney | Review correspondence from client re status; email to client re same; review court order re additional discovery and updated summary judgment motion; research updated summary judgment motion. | [redacted] | [redacted] |
| 08/11/2025 | C. Mahoney | Research updated summary judgment motion. | [redacted] | [redacted] |
| 08/12/2025 | K. Halliburton | Reviewed email from O. Karam regarding compliance review of previous document production; communicated with C. | [redacted] | [redacted] |

Bill Date: September 11, 2025
Bill Number: 5355561
File No.: 353069-3208813

| DATE | TIMEKEEPER | NARRATIVE | HOURS | AMOUNT |
|---|---|---|---|---|
| | | Mahoney regarding same; began collection and processing for Bates-numbered production of documents produced on August 5. | | |
| 08/12/2025 | C. Mahoney | Research updated summary judgment motion; review correspondence from plaintiff re document production and depositions; email to client re same. | [redacted] | [redacted] |
| 08/13/2025 | K. Halliburton | Communicated with C. Mahoney and D. Bondanza regarding O. Karam email and deposition notices; continued collection and processing for Bates-numbered production of documents produced on August 5. | [redacted] | [redacted] |
| 08/13/2025 | C. Mahoney | Review correspondence from plaintiff re document production and depositions; research response letter; review related correspondence from client; conference with KJH re same; review prior document production; draft/revise response letter to plaintiff. | [redacted] | [redacted] |
| 08/14/2025 | K. Halliburton | Prepped for and participated in meet and confer call with plaintiff; reviewed correpondence and documents related to org charts; communicated with C. Mahoney regarding document productions; prepared and transmitted document productions to plaintiff. | [redacted] | [redacted] |
| 08/14/2025 | K. Halliburton | Prepped for and participated in meet and confer call with plaintiff; reviewed correpondence and documents related to org charts; communicated with C. Mahoney regarding document productions; prepared and transmitted document productions to plaintiff. (NO CHARGE) | 1.00 | 0.00 |
| 08/14/2025 | C. Mahoney | Review correspondence from plaintiff re document production and depositions; review related correspondence from client; conference with KJH re same; emails to client re same; review additional documents to be produced; prepare for and attend meet and confer call with plaintiff re discovery dispute. | [redacted] | [redacted] |
| 08/14/2025 | C. Mahoney | Review correspondence from plaintiff re document production and depositions; review related correspondence from | 1.00 | 0.00 |

Bill Date: September 11, 2025
Bill Number: 5355561
File No.: 353069-3208813

| DATE | TIMEKEEPER | NARRATIVE | HOURS | AMOUNT |
|---|---|---|---|---|
| | | client; conference with KJH re same; emails to client re same; review additional documents to be produced; prepare for and attend meet and confer call with plaintiff re discovery dispute. (NO CHARGE) | | |
| 08/15/2025 | C. Mahoney | Review correspondence from plaintiff re discovery dispute and draft joint motion to extend discovery; review/revise draft motion to extend discovery prepared by plaintiff; email to plaintiff re same; emails to client re depositions and joint motion to extend discovery; review correspondence re document production; research updated motion for summary judgment. | [redacted] | [redacted] |
| 08/18/2025 | C. Mahoney | Review correspondence from client re depositions; emails to client and F. Ciciotti re same; research updated motion for summary judgment; review court order extending discovery; email to client re same; review plaintiff's motion to compel(.5); email to client re same.(.2) | 0.70 | 514.5 |
| 08/19/2025 | K. Halliburton | Communicated with C. Mahoney regarding plaintiff's motion to compel(.2); began review of motion to compel and drafted initial notes(.3). | 0.50 | 307.50 |
| 08/19/2025 | C. Mahoney | Review correspondence from client re certificate of completion and motion to compel(.2): email to client re same(.2); review plaintiff's motion to compel(.5); research opposition(2.0); emails to client, F. Ciciotti and plaintiff re depositions; review/prepare deposition preparation materials. | 2.90 | 2,131.50 |
| 08/20/2025 | K. Halliburton | Completed review of O. Karam motion to compel(.2); communicated with C. Mahoney regarding thoughts on motion(.2); researched case law regarding reasonably usable form(.4). | 0.80 | 492.00 |
| 08/20/2025 | C. Mahoney | Review client's draft affidavit in support of opposition to motion to compel and related correspondence(1.0); emails to client and F. Ciciotti re depositions; research opposition to motion to compel(1.0); conference with KJH re same(.2). | 2.20 | 1,617.00 |

Bill Date: September 11, 2025
Bill Number: 5355561
File No.: 353069-3208813

| DATE | TIMEKEEPER | NARRATIVE | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/21/2025 | K. Halliburton | Communicated with C. Mahoney regarding documents referenced in plaintiff's motion to compel(.2). | 0.20 | 123.00 |
| 08/21/2025 | C. Mahoney | Research opposition to motion to compel. | 2.00 | 1,470.00 |
| 08/22/2025 | C. Mahoney | Research/draft opposition to motion to compel. | 3.00 | 2,205.00 |
| 08/22/2025 | C. Mahoney | Research/draft opposition to motion to compel. (NO CHARGE) | 0.50 | 0.00 |
| 08/25/2025 | K. Halliburton | Reviewed communication related to O. Karam depositions. | [redacted] | [redacted] |
| 08/25/2025 | C. Mahoney | Draft opposition to motion to compel(2.0); review correspondence re depositions; telephone call with court reporter re same; telephone call with D. Nebbia and F. Ciciotti re deposition preparation. | 2.00 | 1,470.00 |
| 08/25/2025 | C. Mahoney | Draft opposition to motion to compel; review correspondence re depositions; telephone call with court reporter re same; telephone call with D. Nebbia and F. Ciciotti re deposition preparation. (NO CHARGE) | 1.00 | 0.00 |
| 08/26/2025 | C. Mahoney | Draft opposition to motion to compel(2.0); review correspondence re depositions; prepare for and attend F. Ciciotti deposition; telephone call with client re same. | 2.00 | 1,470.00 |
| 08/26/2025 | C. Mahoney | Draft opposition to motion to compel; review correspondence re depositions; prepare for and attend F. Ciciotti deposition; telephone call with client re same. (NO CHARGE) | 1.00 | 0.00 |
| 08/27/2025 | C. Mahoney | Draft opposition to motion to compel(1.0); prepare for and attend D. Nebbia deposition; telephone call with client re same. | 1.00 | 735.00 |
| 08/27/2025 | C. Mahoney | Draft opposition to motion to compel; prepare for and attend D. Nebbia deposition; telephone call with client re same. (NO CHARGE) | 1.00 | 0.00 |
| 08/28/2025 | C. Mahoney | Draft opposition to motion to compel(1.0); review/revise draft affidavit of D. Bondanza in support thereof(1.5); email to client re same(.5). | 3.00 | 2,205.00 |
| 08/29/2025 | K. Halliburton | Communicated with C. Mahoney and R. White regarding draft opposition to | 0.70 | 430.50 |

Bill Date: September 11, 2025
Bill Number: 5355561
File No.: 353069-3208813

| DATE | TIMEKEEPER | NARRATIVE | HOURS | AMOUNT |
|---|---|---|---|---|
| | | motion to compel(.3); reviewed draft motion(.4). | | |
| 08/29/2025 | C. Mahoney | Draft/revise opposition to motion to compel(1.0); review/revise draft affidavit of D. Bondanza in support thereof(.5); email to client re same(.2); review correspondence from court reporter re depositions(.3). | 2.00 | 1,470.00 |
| **APPLICABLE TOTAL HOURS AND FEES** | | | **29.50** | **$ 16,641.00** |

**TIMEKEEPER SUMMARY:**

| TIMEKEEPER | BILLED HOURS | BILLED RATE | BILLED AMOUNT |
|---|---|---|---|
| Halliburton, Kelley | 2.20 | 615.00 | 1,353.00 |
| Halliburton, Kelley | 2.00 | 0.00 | 0.00 |
| Mahoney, Christopher | 20.80 | 735.00 | 15,288.00 |
| Mahoney, Christopher | 4.50 | 0.00 | 0.00 |
| **APPLICABLE TOTALS** | **29.50** | | **$ 16,641.00** |

**COSTS:**

| DESCRIPTION | AMOUNT |
|---|---|
| **Computerized Legal Research** | **500.00** |
| **TOTAL COSTS** | **$ 500.00** |

**TOTAL AMOUNT DUE FOR THIS BILL** $ [redacted]

# BARCLAY DAMON LLP
## REMITTANCE AND PAYMENT INSTRUCTIONS

Lane Construction Corporation
90 Fieldstone Court
Cheshire, CT 06410

Bill Date: September 11, 2025
Bill Number: 5355561

**BILL TOTAL $ [redacted]**

**353069 Lane Construction Corporation**
**3208813 Abdelhamid Discrimination Claim**

Firm Attorney: Judah Lifschitz

Professional Services Rendered Through August 31, 2025

| | |
|---|---|
| **TOTAL AMOUNT DUE FOR THIS BILL** | **$ [redacted]** |
| PREVIOUS OUTSTANDING BALANCE FOR THIS MATTER | [redacted] |
| **TOTAL AMOUNT DUE AS OF 09/11/2025** | **$ [redacted]** |

### Due Upon Receipt

| | | | |
|---|---|---|---|
| **Payment via ACH or Wire** | **Bank Name:** | Key Bank National Association | *To ensure proper credit, please notify us by email at payments@barclaydamon.com identifying which bill(s) is/are being paid. This particular bill is **5355561**.* |
| | **Bank Address:** | 201 South Warren St<br>Syracuse, NY 13202 | |
| | **Bank Phone:** | (800) 821-2829 | |
| | **ABA:** | 021300077 | |
| | **Account:** | 329681022391 | |
| | **Swift Code:** | KEYBUS33 | |
| **Payment via Check:** | Barclay Damon LLP<br>P.O. Box 1265<br>Albany, NY 12201-1265<br>Federal ID No. 15-0339022 | | *To ensure proper credit, please identify which bill(s) is/are being paid. This particular bill is **5355561**.* |

**Please contact us at accountsreceivable@barclaydamon.com or 315-413-7222 with any questions about this bill.**

# BARCLAY DAMON LLP

Lane Construction Corporation
90 Fieldstone Court
Cheshire, CT 06410

Bill Date: October 6, 2025
Bill Number: 5359222

**BILL TOTAL $ [redacted]**

**353069** **Lane Construction Corporation**
**3208813** **Abdelhamid Discrimination Claim**

Professional Services Rendered Through September 30, 2025

| | |
|---|---|
| TOTAL FEES THIS BILL | [redacted] |
| TOTAL COSTS THIS BILL | [redacted] |
| CURRENT BILL TOTAL | [redacted] |
| PREVIOUS OUTSTANDING BALANCE FOR THIS MATTER | [redacted] |
| **TOTAL AMOUNT DUE** | $ [redacted] |

## Due Upon Receipt

| | | | |
|---|---|---|---|
| **Payment via ACH or Wire** | **Bank Name:** | Key Bank National Association | *To ensure proper credit, please notify us by email at payments@barclaydamon.com identifying which bill(s) is/are being paid. This particular bill is **5359222**.* |
| | **Bank Address:** | 201 South Warren St<br>Syracuse, NY 13202 | |
| | **Bank Phone:** | (800) 821-2829 | |
| | **ABA:** | 021300077 | |
| | **Account:** | 329681022391 | |
| | **Swift Code:** | KEYBUS33 | |
| **Payment via Check:** | Barclay Damon LLP<br>P.O. Box 1265<br>Albany, NY 12201-1265<br>Federal ID No. 15-0339022 | | *To ensure proper credit, please identify which bill(s) is/are being paid. This particular bill is **5359222**.* |

**Please contact us at accountsreceivable@barclaydamon.com or 315-413-7222 with any questions about this bill.**

Bill Date: October 6, 2025
Bill Number: 5359222
File No.: 353069-3208813

OUTSTANDING BILL DETAIL AS OF: 10/06/2025

| Bill | Date | Original Amount | Payments/Credits | Amount Due |
|---|---|---|---|---|
| 5355561 | 09/11/2025 | [redacted] | 0.00 | [redacted] |
| | **TOTALS** | [redacted] | **0.00** | [redacted] |
| | **TOTAL PRIOR DUE BALANCE** | | | [redacted] |
| | **TOTAL CURRENT BILL** | | | [redacted] |
| | **TOTAL AMOUNT DUE** | | | **$** [redacted] |

Bill Date: October 6, 2025
Bill Number: 5359222
File No.: 353069-3208813

## PROFESSIONAL SERVICES RENDERED:

| DATE | TIMEKEEPER | NARRATIVE | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/02/2025 | K. Halliburton | Reviewed and edited draft opposition to Plaintiff's motion to compel(1.5); communicated with C. Mahoney regarding draft opposition(.4); drafted and executed affidavit for opposition to Plaintiff's motion to compel(.5); prepared opposition and exhibits for filing(.3). | 2.70 | 1,660.50 |
| 09/02/2025 | C. Mahoney | Review/revise opposition to motion to compel(1.5); c/w KJH re same(.4); review depositions of F. Ciciotti and D. Nebbia; emails to F. Ciciotti and D. Nebbia re same; t/c client re Bondanza affidavit. | 1.90 | 1,396.50 |
| 09/03/2025 | C. Mahoney | Email to client re opposition to motion to compel(.2); review correspondence from D. Nebbia re changes corrections to deposition transcript; complete errata sheet re same; research updated motion for summary judgment. | 0.20 | 147.00 |
| 09/03/2025 | C. Mahoney | Email to client re opposition to motion to compel(.2); review correspondence from D. Nebbia re changes corrections to deposition transcript; complete errata sheet re same; research updated motion for summary judgment. (NO CHARGE) | 0.20 | 0.00 |
| 09/04/2025 | C. Mahoney | Research updated motion for summary judgment; review correspondence from F. Ciciotti re deposition; email to F. Ciciotti re same; email to D. Nebbia re deposition; review related correspondence. | [redacted] | [redacted] |
| 09/09/2025 | C. Mahoney | Research updated motion for summary judgment; review reply to opposition to motion to compel; email to client re same; email to plaintiff re Nebbia and Ciciotti depositions. | [redacted] | [redacted] |
| 09/10/2025 | C. Mahoney | Research updated motion for summary judgment; review correspondence from client re reply to opposition to motion to compel4 | [redacted] | [redacted] |
| 09/11/2025 | C. Mahoney | Research/prepare updated motion for summary judgment and statement of material facts not in genuine dispute. | [redacted] | [redacted] |
| 09/11/2025 | C. Mahoney | Research/prepare updated motion for summary judgment and statement of material facts not in genuine dispute. (NO CHARGE) | 1.50 | 0.00 |

Bill Date: October 6, 2025
Bill Number: 5359222
File No.: 353069-3208813

| DATE | TIMEKEEPER | NARRATIVE | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/12/2025 | C. Mahoney | Research/prepare updated motion for summary judgment and statement of material facts not in genuine dispute. | [redacted] | [redacted] |
| 09/15/2025 | C. Mahoney | Prepare updated motion for summary judgment and statement of material facts not in genuine dispute. | [redacted] | [redacted] |
| 09/15/2025 | C. Mahoney | Prepare updated motion for summary judgment and statement of material facts not in genuine dispute. (NO CHARGE) | 1.00 | 0.00 |
| 09/16/2025 | C. Mahoney | Prepare updated motion for summary judgment and statement of material facts not in genuine dispute. | [redacted] | [redacted] |
| 09/17/2025 | C. Mahoney | Prepare/revise updated motion for summary judgment and statement of material facts not in genuine dispute. | [redacted] | [redacted] |
| 09/18/2025 | C. Mahoney | Review correspondence from client; email to client. | [redacted] | [redacted] |
| 09/25/2025 | C. Mahoney | Review/revise updated motion for summary judgment and statement of material facts not in genuine dispute. | [redacted] | [redacted] |
| 09/26/2025 | C. Mahoney | Review/revise updated motion for summary judgment and statement of material facts not in genuine dispute. | [redacted] | [redacted] |
| 09/29/2025 | C. Mahoney | Review/revise updated motion for summary judgment and statement of material facts not in genuine dispute. | [redacted] | [redacted] |
| 09/30/2025 | C. Mahoney | Review/revise/finalize updated motion for summary judgment and statement of material facts not in genuine dispute. | [redacted] | [redacted] |
| **APPLICABLE HOURS AND FEES** | | | **7.5** | **$3,204.00** |

Bill Date: October 6, 2025
Bill Number: 5359222
File No.: 353069-3208813

**TIMEKEEPER SUMMARY:**

| TIMEKEEPER | BILLED HOURS | BILLED RATE | BILLED AMOUNT |
| --- | --- | --- | --- |
| Halliburton, Kelley | 2.70 | 615.00 | 1,660.50 |
| Mahoney, Christopher | 2.10 | 735.00 | 1,543.50 |
| Mahoney, Christopher | 2.70 | 0.00 | 0.00 |
| **APPLICABLE TOTALS** | **7.50** | | **$ 3,204.00** |

**COSTS:**

| DESCRIPTION | AMOUNT |
| --- | --- |
| **Client Hard Cost** | |
| Vendor: Epiq eDiscovery Solutions, Inc.; Invoice#: 91077828; Date: 9/8/2025 - Epiq Discovery Cold Storage Data Fee for August 2025 | [redacted] |
| Vendor: Epiq eDiscovery Solutions, Inc.; Invoice#: 90987874; Date: 7/8/2025 - Epiq Monthly Data Hosting Fee - June 2025 | [redacted] |
| | [redacted] |
| **Computerized Legal Research** | |
| 03-SEP-2025 - LA DOCUMENT ACCESS | [redacted] |
| 04-SEP-2025 - LA DOCUMENT ACCESS | [redacted] |
| 09-SEP-2025 - LA DOCUMENT ACCESS | [redacted] |
| 10-SEP-2025 - LA DOCUMENT ACCESS | [redacted] |
| 11-SEP-2025 - LA DOCUMENT ACCESS | [redacted] |
| 12-SEP-2025 - LA DOCUMENT ACCESS | [redacted] |
| 15-SEP-2025 - LA DOCUMENT ACCESS | [redacted] |
| 25-SEP-2025 - LA DOCUMENT ACCESS | [redacted] |
| | [redacted] |
| **TOTAL COSTS** | $ [redacted] |

| | |
| --- | --- |
| **TOTAL AMOUNT DUE FOR THIS BILL** | $ [redacted] |

# BARCLAY DAMON LLP
## REMITTANCE AND PAYMENT INSTRUCTIONS

Lane Construction Corporation
90 Fieldstone Court
Cheshire, CT 06410

Bill Date: October 6, 2025
Bill Number: 5359222

**BILL TOTAL** [redacted]

---

**353069** **Lane Construction Corporation**
**3208813** **Abdelhamid Discrimination Claim**

Firm Attorney: Judah Lifschitz

Professional Services Rendered Through September 30, 2025

| | |
|---|---|
| **TOTAL AMOUNT DUE FOR THIS BILL** | **$** [redacted] |
| PREVIOUS OUTSTANDING BALANCE FOR THIS MATTER | [redacted] |
| **TOTAL AMOUNT DUE AS OF 10/06/2025** | [redacted] |

### Due Upon Receipt

| | | | |
|---|---|---|---|
| **Payment via ACH or Wire** | **Bank Name:** | Key Bank National Association | *To ensure proper credit, please notify us by email at payments@barclaydamon.com identifying which bill(s) is/are being paid. This particular bill is **5359222**.* |
| | **Bank Address:** | 201 South Warren St<br>Syracuse, NY 13202 | |
| | **Bank Phone:** | (800) 821-2829 | |
| | **ABA:** | 021300077 | |
| | **Account:** | 329681022391 | |
| | **Swift Code:** | KEYBUS33 | |
| **Payment via Check:** | Barclay Damon LLP<br>P.O. Box 1265<br>Albany, NY 12201-1265<br>Federal ID No. 15-0339022 | | *To ensure proper credit, please identify which bill(s) is/are being paid. This particular bill is **5359222**.* |

**Please contact us at accountsreceivable@barclaydamon.com or 315-413-7222 with any questions about this bill.**

# BARCLAY DAMON LLP

Lane Construction Corporation
90 Fieldstone Court
Cheshire, CT 06410

Bill Date: November 7, 2025
Bill Number: 5364412

**BILL TOTAL $ [redacted]**

**353069** **Lane Construction Corporation**
**3208813** **Abdelhamid Discrimination Claim**

Professional Services Rendered Through October 31, 2025

| | |
|---|---|
| TOTAL FEES THIS BILL | [redacted] |
| TOTAL COSTS THIS BILL | [redacted] |
| **TOTAL AMOUNT DUE FOR THIS BILL** | $ [redacted] |

## Due Upon Receipt

| | | | |
|---|---|---|---|
| **Payment via ACH or Wire** | **Bank Name:**<br>**Bank Address:**<br><br>**Bank Phone:**<br>**ABA:**<br>**Account:**<br>**Swift Code:** | Key Bank National Association<br>201 South Warren St<br>Syracuse, NY 13202<br>(800) 821-2829<br>021300077<br>329681022391<br>KEYBUS33 | *To ensure proper credit, please notify us by email at payments@barclaydamon.com identifying which bill(s) is/are being paid. This particular bill is* ***5364412****.* |
| **Payment via Check:** | Barclay Damon LLP<br>P.O. Box 1265<br>Albany, NY 12201-1265<br>Federal ID No. 15-0339022 | | *To ensure proper credit, please identify which bill(s) is/are being paid. This particular bill is* ***5364412****.* |

**Please contact us at accountsreceivable@barclaydamon.com or 315-413-7222 with any questions about this bill.**

Bill Date: November 7, 2025
Bill Number: 5364412
File No.: 353069-3208813

## PROFESSIONAL SERVICES RENDERED:

| DATE | TIMEKEEPER | NARRATIVE | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/01/2025 | C. Mahoney | Review filed updated motion for summary judgment and statement of material facts not in genuine dispute; email same to client. | [redacted] | [redacted] |
| 10/17/2025 | K. Halliburton | Reviewed email from C. Mahoney and order and opinion on Plaintiff's Motion to Compel. | 0.20 | 123.00 |
| 10/17/2025 | C. Mahoney | Review court orders on motion to compel and requirement that plaintiff respond to Lane's summary judgment motion(.3); emails to client re same(.4). | 0.70 | 514.50 |
| 10/20/2025 | C. Mahoney | Review correspondence from client re court orders on motion to compel and requirement that plaintiff respond to Lane's summary judgment motion. | 0.20 | 147.00 |
| 10/31/2025 | C. Mahoney | Review plaintiff's opposition to motion for summary judgment and related correspondence; email to client re same. | [redacted] | [redacted] |
| **APPLICABLE HOURS AND FEES** | | | **1.10** | **$ 784.50** |

## TIMEKEEPER SUMMARY:

| TIMEKEEPER | BILLED HOURS | BILLED RATE | BILLED AMOUNT |
|---|---|---|---|
| Halliburton, Kelley | 0.20 | 615.00 | 123.00 |
| Mahoney, Christopher | 0.90 | 735.00 | 661.50 |
| **APPLICABLE TOTALS** | **1.10** | | **$ 784.50** |

Bill Date: November 7, 2025
Bill Number: 5364412
File No.: 353069-3208813

## COSTS:

| DESCRIPTION | AMOUNT |
| --- | --- |
| **Client Hard Cost** | |
| Vendor: US Legal Support, Inc.; Invoice#: 20251091094-13; Date: 9/9/2025 - Transcript of Fabio Ciciotti deposition on 8/26/25 | [redacted] |
| Vendor: US Legal Support, Inc.; Invoice#: 20251091079-13; Date: 9/9/2025 - Transcript of Danielle Nebbia deposition on 8/27/25 | [redacted] |
| Vendor: Epiq eDiscovery Solutions, Inc.; Invoice#: 90996596; Date: 8/8/2025 - Data Hosting Fee July 2025 | [redacted] |
| Vendor: Epiq eDiscovery Solutions, Inc.; Invoice#: 91086625; Date: 10/8/2025 - Monthly Data Hosting for September | [redacted] |
| | [redacted] |
| **Computerized Legal Research** | |
| 02-OCT-2025 - LA DOCUMENT ACCESS | [redacted] |
| | [redacted] |
| **TOTAL COSTS** | $ [redacted] |

**TOTAL AMOUNT DUE FOR THIS BILL** $ [redacted]

# BARCLAY DAMON LLP
## REMITTANCE AND PAYMENT INSTRUCTIONS

Lane Construction Corporation
90 Fieldstone Court
Cheshire, CT 06410

Bill Date: November 7, 2025
Bill Number: 5364412

**BILL TOTAL $ [redacted]**

**353069** **Lane Construction Corporation**
**3208813** **Abdelhamid Discrimination Claim**

Firm Attorney: Judah Lifschitz

Professional Services Rendered Through October 31, 2025

**TOTAL AMOUNT DUE FOR THIS BILL** **$** [redacted]

### Due Upon Receipt

| | | | |
|---|---|---|---|
| **Payment via ACH or Wire** | **Bank Name:** | Key Bank National Association | *To ensure proper credit, please notify us by email at payments@barclaydamon.com identifying which bill(s) is/are being paid. This particular bill is **5364412**.* |
| | **Bank Address:** | 201 South Warren St<br>Syracuse, NY 13202 | |
| | **Bank Phone:** | (800) 821-2829 | |
| | **ABA:** | 021300077 | |
| | **Account:** | 329681022391 | |
| | **Swift Code:** | KEYBUS33 | |
| **Payment via Check:** | Barclay Damon LLP<br>P.O. Box 1265<br>Albany, NY 12201-1265<br>Federal ID No. 15-0339022 | | *To ensure proper credit, please identify which bill(s) is/are being paid. This particular bill is **5364412**.* |

**Please contact us at accountsreceivable@barclaydamon.com or 315-413-7222 with any questions about this bill.**

# BARCLAY DAMON LLP

Lane Construction Corporation
90 Fieldstone Court
Cheshire, CT 06410

Bill Date: January 5, 2026
Bill Number: 5372383

**BILL TOTAL $** [redacted]

**353069** **Lane Construction Corporation**
**3208813** **Abdelhamid Discrimination Claim**

Professional Services Rendered Through December 31, 2025

| | |
|---|---|
| TOTAL FEES THIS BILL | [redacted] |
| TOTAL COSTS THIS BILL | [redacted] |
| CURRENT BILL TOTAL | $ [redacted] |
| PREVIOUS OUTSTANDING BALANCE FOR THIS MATTER | [redacted] |
| **TOTAL AMOUNT DUE** | $ [redacted] |

## Due Upon Receipt

| | | | |
|---|---|---|---|
| **Payment via ACH or Wire** | **Bank Name:**<br>**Bank Address:**<br><br>**Bank Phone:**<br>**ABA:**<br>**Account:**<br>**Swift Code:** | Key Bank National Association<br>201 South Warren St<br>Syracuse, NY 13202<br>(800) 821-2829<br>021300077<br>329681022391<br>KEYBUS33 | *To ensure proper credit, please notify us by email at payments@barclaydamon.com identifying which bill(s) is/are being paid. This particular bill is **5372383**.* |
| **Payment via Check:** | Barclay Damon LLP<br>P.O. Box 1265<br>Albany, NY 12201-1265<br>Federal ID No. 15-0339022 | | *To ensure proper credit, please identify which bill(s) is/are being paid. This particular bill is **5372383**.* |

**Please contact us at accountsreceivable@barclaydamon.com or 315-413-7222 with any questions about this bill.**

Bill Date: January 5, 2026
Bill Number: 5372383
File No.: 353069-3208813

OUTSTANDING BILL DETAIL AS OF: 01/05/2026

| Bill | Date | Original Amount | Payments/Credits | Amount Due |
|---|---|---|---|---|
| 5370041 | 12/09/2025 | [redacted] | 0.00 | [redacted] |
| | **TOTALS** | [redacted] | **0.00** | [redacted] |
| | **TOTAL PRIOR DUE BALANCE** | | | [redacted] |
| | **TOTAL CURRENT BILL** | | | [redacted] |
| | **TOTAL AMOUNT DUE** | | | $ [redacted] |

Bill Date: January 5, 2026
Bill Number: 5372383
File No.: 353069-3208813

**PROFESSIONAL SERVICES RENDERED:**

| DATE | TIMEKEEPER | NARRATIVE | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/05/2025 | C. Mahoney | Research motion for attorney's fees and expenses(3.0); email to client re same(.2). | 3.20 | 2,352.00 |
| 12/08/2025 | C. Mahoney | Research/prepare motion for attorney's fees and expenses. | 3.20 | 2,352.00 |
| 12/08/2025 | C. Mahoney | Research/prepare motion for attorney's fees and expenses. (NO CHARGE) | 1.00 | 0.00 |
| 12/09/2025 | C. Mahoney | Research/prepare motion for attorney's fees and expenses. | 3.30 | 2,425.50 |
| 12/09/2025 | C. Mahoney | Research/prepare motion for attorney's fees and expenses. (NO CHARGE) | 1.00 | 0.00 |
| 12/10/2025 | C. Mahoney | Prepare/revise motion for attorney's fees and expenses(.5); emails to client re same(.5); review related correspondence(.5); t/c with plaintiff re motion for attorney's fees and expenses(.5). | 2.00 | 1,470.00 |
| 12/11/2025 | C. Mahoney | Research re recoverability of fees on fees in a Rule 37 motion for attorney's fees and expenses. | 1.00 | 735.00 |
| 12/12/2025 | C. Mahoney | Research/prepare affidavit in support of motion for attorney's fees and expenses. | 2.50 | 1,837.50 |
| 12/15/2025 | C. Mahoney | Research/prepare affidavit in support of motion for attorney's fees and expenses. | 2.00 | 1,470.00 |
| 12/16/2025 | C. Mahoney | Prepare affidavit in support of motion for attorney's fees and expenses(2.0); review court order re same(.2); email same to client(.3). | 2.50 | 1,837.50 |
| 12/17/2025 | C. Mahoney | Prepare/revise affidavit in support of motion for attorney's fees and expense. | 1.20 | 882.00 |
| **TOTAL HOURS AND FEES** | | | **22.90** | **$ 15,361.50** |

Bill Date: January 5, 2026
Bill Number: 5372383
File No.: 353069-3208813

**TIMEKEEPER SUMMARY:**

| TIMEKEEPER | BILLED HOURS | BILLED RATE | BILLED AMOUNT |
|---|---|---|---|
| Mahoney, Christopher | 20.90 | 735.00 | 15,361.50 |
| Mahoney, Christopher | 2.00 | 0.00 | 0.00 |
| **TOTALS** | **22.90** | | **$ 15,361.50** |

**COSTS:**

| DESCRIPTION | AMOUNT |
|---|---|
| **Computerized Legal Research** | 437.50 |
| **TOTAL COSTS** | **$ 437.50** |

| | |
|---|---|
| **TOTAL AMOUNT DUE FOR THIS BILL** | **$ [redacted]** |

# BARCLAY DAMON LLP
## REMITTANCE AND PAYMENT INSTRUCTIONS

Lane Construction Corporation
90 Fieldstone Court
Cheshire, CT 06410

Bill Date: January 5, 2026
Bill Number: 5372383

**BILL TOTAL $** [redacted]

**353069** **Lane Construction Corporation**
**3208813** **Abdelhamid Discrimination Claim**

Firm Attorney: Judah Lifschitz

Professional Services Rendered Through December 31, 2025

| | |
|---|---|
| **TOTAL AMOUNT DUE FOR THIS BILL** | **$** [redacted] |
| PREVIOUS OUTSTANDING BALANCE FOR THIS MATTER | [redacted] |
| **TOTAL AMOUNT DUE AS OF 01/05/2026** | **$** [redacted] |

**Due Upon Receipt**

| | | | |
|---|---|---|---|
| **Payment via ACH or Wire** | **Bank Name:**<br>**Bank Address:**<br><br>**Bank Phone:**<br>**ABA:**<br>**Account:**<br>**Swift Code:** | Key Bank National Association<br>201 South Warren St<br>Syracuse, NY 13202<br>(800) 821-2829<br>021300077<br>329681022391<br>KEYBUS33 | *To ensure proper credit, please notify us by email at payments@barclaydamon.com identifying which bill(s) is/are being paid. This particular bill is **5372383**.* |
| **Payment via Check:** | Barclay Damon LLP<br>P.O. Box 1265<br>Albany, NY 12201-1265<br>Federal ID No. 15-0339022 | | *To ensure proper credit, please identify which bill(s) is/are being paid. This particular bill is **5372383**.* |

**Please contact us at accountsreceivable@barclaydamon.com or 315-413-7222 with any questions about this bill.**

# BARCLAY DAMON LLP

Lane Construction Corporation
90 Fieldstone Court
Cheshire, CT 06410

Bill Date: February 9, 2026
Bill Number: 5377309

**BILL TOTAL $ [redacted]**

**353069** **Lane Construction Corporation**
**3208813** **Abdelhamid Discrimination Claim**

Professional Services Rendered Through January 31, 2026

| | |
|---|---|
| TOTAL FEES THIS BILL | [redacted] |
| TOTAL COSTS THIS BILL | [redacted] |
| **TOTAL AMOUNT DUE FOR THIS BILL** | $ [redacted] |

## Due Upon Receipt

| | | | |
|---|---|---|---|
| **Payment via ACH or Wire** | **Bank Name:** | Key Bank National Association | *To ensure proper credit, please notify us by email at payments@barclaydamon.com identifying which bill(s) is/are being paid. This particular bill is **5377309**.* |
| | **Bank Address:** | 201 South Warren St<br>Syracuse, NY 13202 | |
| | **Bank Phone:** | (800) 821-2829 | |
| | **ABA:** | 021300077 | |
| | **Account:** | 329681022391 | |
| | **Swift Code:** | KEYBUS33 | |
| **Payment via Check:** | Barclay Damon LLP<br>P.O. Box 1265<br>Albany, NY 12201-1265<br>Federal ID No. 15-0339022 | | *To ensure proper credit, please identify which bill(s) is/are being paid. This particular bill is **5377309**.* |

**Please contact us at accountsreceivable@barclaydamon.com or 315-413-7222 with any questions about this bill.**

Bill Date: February 9, 2026
Bill Number: 5377309
File No.: 353069-3208813

**PROFESSIONAL SERVICES RENDERED:**

| DATE | TIMEKEEPER | NARRATIVE | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/06/2026 | C. Mahoney | Review correspondence from client re updated budget; prepare same and transmit to client. | [redacted] | [redacted] |
| 01/09/2026 | C. Mahoney | Review motion for attorney's fees and supporting documents(.3); review court docket(.2). | 0.50 | 367.50 |
| 01/12/2026 | C. Mahoney | Review/analyze plaintiff's opposition to motion for attorney's fees and expenses (.5); research reply thereto (3.0). | 3.50 | 2,572.50 |
| 01/13/2026 | C. Mahoney | Research/prepare reply to plaintiff's opposition to motion for attorney's fees and expenses. | 3.00 | 2,205.00 |
| 01/13/2026 | C. Mahoney | Research/prepare reply to plaintiff's opposition to motion for attorney's fees and expenses. (NO CHARGE) | 1.00 | 0.00 |
| 01/14/2026 | C. Mahoney | Prepare/revise reply to plaintiff's opposition to motion for attorney's fees and expenses. | 2.50 | 1,837.50 |
| 01/14/2026 | C. Mahoney | Prepare/revise reply to plaintiff's opposition to motion for attorney's fees and expenses. (NO CHARGE) | 1.00 | 0.00 |
| 01/15/2026 | C. Mahoney | Prepare/revise/finalize reply to plaintiff's opposition to motion for attorney's fees and expenses(1.0); email to client re same(.2); review correspondence from client re same(.3). | 1.50 | 1,102.50 |
| **APPLICABLE HOURS AND FEES** | | | **13.00** | **$ 8,085.00** |

**TIMEKEEPER SUMMARY:**

| TIMEKEEPER | BILLED HOURS | BILLED RATE | BILLED AMOUNT |
|---|---|---|---|
| Mahoney, Christopher | 11.00 | 735.00 | 8,085.00 |
| Mahoney, Christopher | 2.00 | 0.00 | 0.00 |
| **APPLICABLE TOTALS** | **13.00** | | **$ 8,085.00** |

Bill Date: February 9, 2026
Bill Number: 5377309
File No.: 353069-3208813

**COSTS:**

| DESCRIPTION | AMOUNT |
| --- | --- |
| **Copies - B&W** | |
| Copies - B&W | [redacted] |
| | [redacted] |
| **Computerized Legal Research** | |
| 12-JAN-2026 - LA DOCUMENT ACCESS | [redacted] |
| 13-JAN-2026 - LA DOCUMENT ACCESS | [redacted] |
| | [redacted] |
| **TOTAL COSTS** | $ [redacted] |

| | |
| --- | --- |
| **TOTAL AMOUNT DUE FOR THIS BILL** | $ [redacted] |

# BARCLAY DAMON LLP

## REMITTANCE AND PAYMENT INSTRUCTIONS

Lane Construction Corporation
90 Fieldstone Court
Cheshire, CT 06410

Bill Date: February 9, 2026
Bill Number: 5377309

**BILL TOTAL $ [redacted]**

**353069** **Lane Construction Corporation**
**3208813** **Abdelhamid Discrimination Claim**

Firm Attorney: Judah Lifschitz

Professional Services Rendered Through January 31, 2026

**TOTAL AMOUNT DUE FOR THIS BILL** **$** [redacted]

### Due Upon Receipt

| | | | |
|---|---|---|---|
| **Payment via ACH or Wire** | **Bank Name:** | Key Bank National Association | *To ensure proper credit, please notify us by email at payments@barclaydamon.com identifying which bill(s) is/are being paid. This particular bill is **5377309**.* |
| | **Bank Address:** | 201 South Warren St<br>Syracuse, NY 13202 | |
| | **Bank Phone:** | (800) 821-2829 | |
| | **ABA:** | 021300077 | |
| | **Account:** | 329681022391 | |
| | **Swift Code:** | KEYBUS33 | |
| **Payment via Check:** | Barclay Damon LLP<br>P.O. Box 1265<br>Albany, NY 12201-1265<br>Federal ID No. 15-0339022 | | *To ensure proper credit, please identify which bill(s) is/are being paid. This particular bill is **5377309**.* |

**Please contact us at accountsreceivable@barclaydamon.com or 315-413-7222 with any questions about this bill.**

# BARCLAY DAMON LLP
## REMITTANCE AND PAYMENT INSTRUCTIONS

Lane Construction Corporation
90 Fieldstone Court
Cheshire, CT 06410

Bill Date: February 9, 2026
Bill Number: 5377309

**BILL TOTAL $** [redacted]

---

**353069** **Lane Construction Corporation**
**3208813** **Abdelhamid Discrimination Claim**

Firm Attorney: Judah Lifschitz

Professional Services Rendered Through January 31, 2026

---

**TOTAL AMOUNT DUE FOR THIS BILL** $ [redacted]

**Due Upon Receipt**

| | | | |
|---|---|---|---|
| **Payment via ACH or Wire** | **Bank Name:**<br>**Bank Address:**<br><br>**Bank Phone:**<br>**ABA:**<br>**Account:**<br>**Swift Code:** | Key Bank National Association<br>201 South Warren St<br>Syracuse, NY 13202<br>(800) 821-2829<br>021300077<br>329681022391<br>KEYBUS33 | *To ensure proper credit, please notify us by email at payments@barclaydamon.com identifying which bill(s) is/are being paid. This particular bill is **5377309**.* |
| **Payment via Check:** | Barclay Damon LLP<br>P.O. Box 1265<br>Albany, NY 12201-1265<br>Federal ID No. 15-0339022 | | *To ensure proper credit, please identify which bill(s) is/are being paid. This particular bill is **5377309**.* |

**Please contact us at accountsreceivable@barclaydamon.com or 315-413-7222 with any questions about this bill.**